UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:  
SOLIMAR AVILÉS OSORIA  
Debtor(s)

CASE NO. 10-01287 ESL

CHAPTER 13

## APPLICATION FOR AMENDMENT TO LIST OF CREDITORS & STATEMENT OF PURPOSE

TO THE HONORABLE COURT:

Debtor in the above captioned case hereby AMENDS Schedule F attached and Schedule H attached, for those originally filed, pursuant to R. Bankr. P. 1009.

1- On February 29th, 2009 debtor filed a Chapter 13 case.

2- Debtor forgot to include all creditors in the List of Creditors and Matrix. The purpose of this amendment is to include an omitted party. The reason why this creditor was not included is that Debtor forgot that she signed as co-debtor of debtor's father debt with Cooperativa de Ahorro y Crédito de Arecibo. On February 18th, 2010 debtor received summon from Cooperativa de Ahorro y Crédito de Arecibo. In this moment debtor realized that she signed as co'debtor in debtor´s father debt.

3- Debtors wish to amend the List of Creditors and Matrix and schedule F to include the following debt & claim:

*Name: COOPERATIVA DE AHORRO Y CRÉDITO DE ARECIBO*  
*Address: PO BOX 1056 ARECIBO PR 00613*  
*Claim: $9,824.39*  
*Acct #:*  
*COMPLAINT: Tribunal DE Primera Instancia, Sala de Camuy*  
*Civil case no. CD 2010-90 Money Collection*  
*Status: SUMMON*

*ADDITIONAL NOTICE FOR CREDITOR:*  
*Name: LCDA. MARIBEL G. RUBIO BELLO*  
*Address: PO BOX 140373 ARECIBO, P.R. 00614*  
*Claim: NOTICE FOR ABOVE CREDITOR*

NOTICE: "PARTIES IN INTEREST ARE NOTIFIED THEY HAVE NINETY (90) DAYS FROM THE SERVICE OF THIS MOTION OR WITHIN THE TIME SET FOR PREVIOUSLY SCHEDULED CREDITORS TO FILE PROOFS OF CLAIM, WHICHEVER IS LATER, OR WITHIN SUCH OTHER TIME AS ALLOWED BY FED. R. BANKR. P. 9006(C) AND ORDERED BY THE COURT, TO FILE A PROOF OF CLAIM IN THIS CASE."

ADDITIONAL NOTICE IS HEREBY GIVEN THAT UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION TO THE AMENDMENT OF SCHEDULE F WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF THE NOTICE INDICATED HEREIN BELOW, THEN THE COURT WILL ENTER AN ORDER APPROVING THE AMENDMENT OF SCHEDULE F, SCHEDULE H WITHOUT FURTHER NOTICE OR HEARING.

Wherefore, Debtors prays for the approval of this amendment.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I have electronically filed Application for Amendment to List of Creditors, with the Clerk of the Court using the CM/ECF System which sends notifications of such filings to registered parties, the Chapter 13 Trustee and US Trustee Monsita Lecaroz ustpregion21.hr.ecf@usdoj.gov. I further certify that I have served copy of this document thereof in the US Mail to non CM/ECF participants, and to all parties in interest as per the attached master address list, copy of which is attached to this document.

Respectfully Submitted

In San Juan, Puerto Rico this 30th day of March, 2010

*HATILLO LAW OFFICE, PSC*
Attorney for Debtor
Po Box 678
Hatillo PR 00659
TEL/FAX: (787) 262-4848
E-Mail: hatillolawoffice@yahoo.com

ELECTRONICALLY FILED
S/Jaime Rodríguez-Pérez, Esq.
USDC - PR 221011

B6F (Official Form 6F) (12/07)

IN RE **AVILES OSORIA, SOLIMAR**                        Case No. **3:09-bk-1287 (234019)**
                       Debtor(s)                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2007033187** <br> **ADMINISTRACION DE SISTEMAS DE RETIRO** <br> **PO BOX 42003** <br> **SAN JUAN, PR 00940-2003** | | | **RETIRO LOAN** <br> **TIME INCURRED** <br> **MARCH 2007** <br> **MATURITY DATE: OCTOBER 30, 2010** | | | | **1,764.20** |
| ACCOUNT NO. **101001046090300101** <br> **BANCO POPULAR** <br> **PO BOX 71375** <br> **SAN JUAN, PR 00936** | | | **PERSONAL LOAN** <br> **TIME INCURRED** <br> **MARCH 2006** | | | | **13,500.00** |
| ACCOUNT NO. **4549-5400-6931-0220** <br> **BANCO POPULAR** <br> **PO BOX 71375** <br> **SAN JUAN, PR 00936** | | | **CREDIT CARD PURCHASE** <br> **LAST TIME USED** <br> **OCTOBER 2006** | | | | **1,598.00** |
| ACCOUNT NO. **5310-5635-6186-9901** <br> **BANCO POPULAR** <br> **PO BOX 71375** <br> **SAN JUAN, PR 00936** | | | **CREDIT CARD PURCHASE** <br> **LAST TIME USED** <br> **SEPTEMBER 2006** | | | | **1,684.00** |

**1** continuation sheets attached

Subtotal (Total of this page) $ **18,546.20**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE AVILES OSORIA, SOLIMAR                           Case No. **3:09-bk-1287 (234019)**
                Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **67500174-0123729**<br>**CITIFINANCIAL**<br>**PO BOX 71328**<br>**SAN JUAN, PR 00936-8428** | | | **PERSONAL LOAN**<br>**TIME INCURRED**<br>**DECEMBER 2006** | | | | **3,680.00** |
| ACCOUNT NO. **XXX-XX-7036**<br>**COOPACA**<br>**APARTADO 1056**<br>**ARECIBO, PR 00613-1056** | X | | **DEBTOR IS CO DEBTOR** | | | | **7,839.21** |
| ACCOUNT NO. **8228590060214425**<br>**LIBERTY CABLEVISION**<br>**PO BOX 719**<br>**LUQUILLO, PR 00773** | | | **UTILITIES** | | | | **107.00** |
| ACCOUNT NO. **808771**<br>**NCO FINANCIAL SYSTEM OF PR**<br>**PO BOX 192478**<br>**HATO REY, PR 00918** | | | **CREDIT CARD PURCHASE**<br>**LAST TIME USED**<br>**JUNE 2006 (SECURITY CREDIT SERVICES)** | | | | **793.00** |
| ACCOUNT NO. **7714280193181328**<br>**SAMS CLUB**<br>**BANKRUPTCY DEPT**<br>**PO BOX 103104**<br>**ROSWELL, GA 30076** | | | **CREDIT CARD PURCHASE**<br>**LAST TIME USED**<br>**NOVEMBER 2007** | | | | **1,191.00** |
| ACCOUNT NO. **171794215**<br>**SPRINT**<br>**PO BOX 172408**<br>**DENVER, CO 80217-2408** | | | **UTILITIES** | | | | **390.38** |
| ACCOUNT NO. **6032 2030 0554 3995**<br>**WALMART-GE MONEY BANK**<br>**ATTN BANKRUPTCY DEPT**<br>**PO BOX 103104**<br>**ROSWELL, GA 30076** | | | **CREDIT CARD PURCHASE**<br>**LAST TIME USED**<br>**MAY 2006** | | | | **2,200.00** |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **16,200.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **34,746.79**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **AVILES OSORIA, SOLIMAR**          Case No. **3:09-bk-1287 (234019)**
Debtor(s)          (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 30, 2010**      Signature: **/s/ SOLIMAR AVILES OSORIA**
                                     **SOLIMAR AVILES OSORIA**    Debtor

Date: _____      Signature: _____
                                       (Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B9I (Official Form 9I) (Chapter 13 Case) (12/07)                                                                  Case Number 09-01287-ESL13

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on February 25, 2009.

Debtor(s) and creditors must read and be familiar with the provision of Adm. Order 2004-002 (ESL), which governs the procedures for chapter 13 cases filed before the Hon. Enrique S. Lamoutte.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SOLIMAR AVILES OSORIA
HC 6 BOX 13596
HATILLO, PR 00659

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other |
|---|---|
| 09-01287-ESL13 ESL | nos: xxx-xx-7036 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| JAIME RODRIGUEZ-PEREZ | ALEJANDRO OLIVERAS RIVERA |
| JAIME RODRIGUEZ LAW OFFICE PSC | ALEJANDRO OLIVERAS, CHAPTER 13 TRUS |
| COND ATRIUM PLAZA APT 28 | PO BOX 9024062 |
| 225 CALLE JOSE OLIVER | SAN JUAN, PR 00902-4062 |
| San Juan, PR 00918-1469 | Telephone number: 787 977-3500 |
| Telephone number: 787 797-4174 | |

## Meeting of Creditors
Date: April 1, 2009                                  Time: 08:00 AM
Location: OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN, PR 00901

### Deadlines:
Papers must be received by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): June 30, 2009       For a governmental unit will be (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)) **180 days after the filing date.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Deadline to Object to Exemptions:
Thirty (30) days after the conclusion of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The hearing on confirmation will be held:
Date: April 22, 2009, Time: 09:00 AM, Location: 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Post Office and Courthouse Building | Clerk of the Bankruptcy Court: |
| 300 Recinto Sur Street, Room 109 | CELESTINO MATTA-MENDEZ |
| San Juan, PR 00901 | |
| Telephone number: (787) 977-6000 | |
| http://www.prb.uscourts.gov | |
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: February 27, 2009 |



**AVILES OSORIA, SOLIMAR**
HC 6 BOX 13596
HATILLO, PR  00659

**NCO FINANCIAL SYSTEM OF PR**
PO BOX 192478
HATO REY, PR  00918

**Hatillo Law Office**
PO Box 678
Hatillo, PR  00659-0678

**RELIABLE FINANCIAL SERVICES**
PO BOX 21382
SAN JUAN, PR  00928-1382

**ADMINISTRACION DE SISTEMAS DE RETIRO**
PO BOX 42003
SAN JUAN, PR  00940-2003

**SAMS CLUB**
BANKRUPTCY DEPT
PO BOX 103104
ROSWELL, GA  30076

**ANTONIO AVILES ALCAIDE**
HC 06 BOX 13596
HATILLO, PR  00659

**SPRINT**
PO BOX 172408
DENVER, CO  80217-2408

**BANCO POPULAR**
PO BOX 71375
SAN JUAN, PR  00936

**TRANSWORLD SYSTEM**
PO BOX 1864
SANTA ROSA, CA  95402

**CICA COLLECTION AGENCY INC**
PO BOX 12338
SAN JUAN, PR  00914-0338

**WALMART-GE MONEY BANK**
ATTN BANKRUPTCY DEPT
PO BOX 103104
ROSWELL, GA  30076

**CITIFINANCIAL**
PO BOX 71328
SAN JUAN, PR  00936-8428

**WEST ASSET MANAGEMENT**
3432 JEFFERSON AVE
TEXARKANA, AR  71854-2747

**COLLECTION AND MANAGEMENT ASSISTNACE**
CAPITAL CENTER SOUTH TOWER
239 ARTERIAL HOSTOS AVE; SUITE 1102
SAN JUAN, PR  00918-1477

**COOPACA**
APARTADO 1056
ARECIBO, PR  00613-1056

**LIBERTY CABLEVISION**
PO BOX 719
LUQUILLO, PR  00773